1  RANDALL B. AIMAN-SMITH #124599
   REED W.L. MARCY #191531
2
3  aiman-smith⚡marcy

   7677 oakport street   suite 1020
4  oakland   california   94621
   t:510.562.6800  f:510.562.6830
5
6  Attorneys for defendant and cross-complainant Louis Rasky
7
                    RECEIVED
                    06 AUG 15 PM 3:37
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

                    FILED
                    AUG 16 2006
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

8                IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | KHALED NAWAYA                          ) Case No.: C06-02029 MJJ
                                            )
11 |         Plaintiff,                     )
                                            ) **SUBSTITUTION OF ATTORNEYS**
12 |    vs.                                 )
                                            )
13 |                                        )
   | EMBRY-RIDDLE AERONAUTICAL              )
14 | UNIVERSITY, INC.; AND DOES 1-20,       )
                                            )
15 |         Defendant.                     )
                                            )
16 |                                        )
                                            )
17 |                                        )
   |_____)

                                                    BY FAX

---

Substitution of Attorneys
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*          Case no.  C06-02029 MJJ

# SUBSTITUTION OF ATTORNEYS

To all parties and their attorneys of record: Plaintiff Khaled Nawaya hereby substitutes attorneys in this matter as follows:

FORMER COUNSEL:   Michael C. Cohen, Esq.
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436 (voice)
(510) 832-6439 (fax)

NEW COUNSEL:   Aiman-Smith & Marcy
7677 Oakport Street, Suite 1020
Oakland, CA 94621
(510) 562-6800 (voice)
(510) 562-6830 (fax)

We acknowledge this substitution:

DATED: 8-14-0

Randall B. Aiman-Smith
Aiman-Smith & Marcy
7677 Oakport Street, Suite 1020
Oakland, CA 94621

I accept this substitution:

DATED: Aug. 14, 06

Khaled Nawaya

I accept this substitution:

DATED: 8/14/06

Michael C. Cohen, Esq.
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/16/2006
DATE

Substitution of Attorneys
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*   Case no. C06-02029 MJJ
Page 1