E-filing

BRUCE P. LOPER, SBN 066632
bloper@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, California 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.

FILED
SEP 08 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALED NAWAYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. and DOES 1-20,<br><br>　　　　Defendant. | CASE NO. C06-02029 MJJ<br><br>STIPULATION FOR EXTENSION OF TIME FOR MEDIATION |

This matter was ordered to Mediation by Order dated June 20, 2006. Pursuant to Local Rule 6.4(b), mediation is to be completed within 90 days or by September 20, 2006. The Mediator has tentatively scheduled the Mediation for September 29, 2006, contingent on the court extending the period for mediation.

The Parties through their counsel hereby stipulate that Mediation may be heard beyond the 90 day period on September 29, 2006 and request an order from the Court pursuant to Local Rule 6.5 extending the time for the Mediation to be heard until September 29, 2006.

DATED: August 16, 2006　　　LOMBARDI, LOPER & CONANT, LLP

By: _____
　　Bruce P. Loper
　　Attorneys for Defendant, EMBRY RIDDLE
　　AERONAUTICAL UNIVERSITY, INC.

-1-

DATED: August 21, 2006    AIMAN-SMITH & MARCY

By: _____
Randall B. Aiman-Smtih
Attorney for Plaintiff, KHALED NAWAYA

SO ORDERED.

Dated: 9/8/06

_____
Hon. Martin J. Jenkins
U.S. District Court for the Northern District
Of California

-2-

STIPULATION FOR EXTENSION OF TIME FOR MEDIATION          CASE NO. C06-02029 MJJ
30647-35428 BPL 523445.1