**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    NAWAYA,                                    No. C-06-2029 MJJ  (MEJ)

6               Plaintiff(s),                   NOTICE AND ORDER OF  SETTLEMENT
                                                CONFERENCE
7        vs.

8    EMBRY-RIDDLE AERONAUTICAL,

9               Defendant(s).
                                          /

10

11   TO ALL PARTIES and their Attorneys of Record:

12        PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before

13   Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **July 17, 2007**

14   **at 10:00 a.m**. **in Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate

15   Avenue, 15th Floor, San Francisco, California 94102.  The parties shall immediately notify the

16   Court if this matter settles or is dismissed before the settlement conference date. On the date of the

17   settlement conference, counsel and parties shall use the telephone adjacent to chambers' security

18   entrance to notify the Court of their arrival.  The parties shall notify the Court if the matter has

19   settled or been dismissed before the date of the conference.

20        Settlement Conference statements shall be submitted in accordance with Magistrate Judge

21   James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of

22   which may be obtained from the Northern District of California's website at

23   http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,

24   then choose Magistrate Judge James.

25        When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

26   administrative requests or a request to be excused from attendance), the parties shall, in addition to

27   filing papers electronically, lodge with chambers a printed copy of the papers by the close of the

28

1   next court day following the day the papers are filed electronically.  These printed copies shall be

2   marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly

3   marked with Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file

4   a paper copy of any document with the Clerk's Office that has already been filed electronically.

5   **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

6          Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

7   questions.

8

9   IT IS SO ORDERED.

10

    Dated:  October 2, 2006

11                                                   _____
                                                     MARIA-ELENA JAMES
                                                     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                     2

**United States District Court**
For the Northern District of California