1  RANDALL B. AIMAN-SMITH #124599
   REED W.L. MARCY #191531
2  HALLIE VON ROCK #233152

3  aiman-smith ϟ marcy

4  7677 oakport street suite 1020
   oakland     california     94621
   t:510.562.6800  f:510.562.6830
5

6  Attorneys for plaintiff Khaled Nawaya

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | KHALED NAWAYA                    )  Case No.: C06-02029 MJJ
                                      )
11 |      Plaintiff,                  )
                                      )  **STIPULATION AND ORDER**
12 |     vs.                          )  **CONTINUING PRETRIAL DATES**
                                      )  GRANTED
13 |                                  )
   | EMBRY-RIDDLE AERONAUTICAL        )
14 | UNIVERSITY, INC.; AND DOES 1-20, )
                                      )
15 |     Defendant.                   )
                                      )
16                                    )
                                      )
17                                    )

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order Continuing Pretrial Dates
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*                Case no. C06-02029 MJJ

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | **THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE** |
| 3 | **COUNSEL, HEREBY STIPULATE AS FOLLOWS:** |

1. On September 29, 2006, the parties hereto met for early mediation before the Honorable Hadden Roth, Ret. That mediation did not resolve the case, but it did result in the parties agreeing to a further mediation after limited, targeted discovery.

2. The parties conducted the targeted discovery and agreed to further mediation before Mark Rudy, Esq., a respected mediator in the San Francisco community.

3. Two insurance companies, both of which have out-of-state adjusters assigned to this case, are involved in the case and are needed for any resolution. Accordingly, it took some time for defendant and the insurers to agree on a mediator.

3. Mr. Rudy's first available dates for mediation are in mid-February, 2007.

4. Given the pre-trial dates currently in effect, the parties will be unable to complete mediation in time to save themselves or the court the time and expense of discovery and other pretrial matters.

5. Accordingly, the parties stipulate to changes in the dates for pre-trail matters in this case and ask that the Court order as so stipulated.

6. The current pre-trial dates are as follows:

**Feb. 23, 2007** Non-expert discovery cutoff;
**Mar. 9, 2007** Designation of experts;
**Mar. 16, 2007** Expert reports;
**Mar. 30, 2007** Designation of supplemental/rebuttal experts;
**Mar. 30, 2007** Supplemental/rebuttal reports;
**Apr. 27, 2007** Expert discovery cutoff;
**May 15, 2007** Dispositive motions heard by;
**Jul. 2007** Settlement conference to be scheduled;
**Sep. 11, 2007** Pretrial conference date;
**Sep. 24, 2007** Trial (7-10 days).

Stipulation & Order Continuing Pretrial Dates
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*        Case no. C06-02029 MJJ

1     7.    The parties request that these dates be changed as follows:

2     **Apr. 23, 2007**    Non-expert discovery cutoff;

3     **May 9, 2007**    Designation of experts;

4     **May 16, 2007**    Expert reports;

5     **May 30, 2007**    Designation of supplemental/rebuttal experts;

6     **May 30, 2007**    Supplemental/rebuttal reports;

7     **Jun. 27, 2007**    Expert discovery cutoff;

8     **July 17, 2007**    Dispositive motions heard by;

9     **Aug. 2007**    Settlement conference to be scheduled;

10    **Sep. 11, 2007**    Pretrial conference date;

11    **Sep. 24, 2007**    Trial (7-10 days).

Dated: ~~November~~ December 11, 2006      aiman-smith✦marcy

_____
~~Randall B.~~ Aiman-Smith
Attorneys for Plaintiff Khaled Nawaya

Dated: November 30, 2006      Lombardi Loper & Connant

_____
Bruce Loper, Esq.
Attorneys for Defendant
Embry-Riddle Aeronautical University

---

**Stipulation & Order Continuing Pretrial Dates**
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*      Case no. C06-02029 MJJ

# ORDER

The parties having stipulated, and good cause appearing therefore, the Court hereby orders as follows:

1. The pretrial dates previously set by order of this Court entered June 20, 2006, are hereby modified as follows:

| | |
|---|---|
| Apr. 23, 2007 | Non-expert discovery cutoff; |
| May 9, 2007 | Designation of experts; |
| May 16, 2007 | Expert reports; |
| May 30, 2007 | Designation of supplemental/rebuttal experts; |
| May 30, 2007 | Supplemental/rebuttal reports; |
| Jun. 27, 2007 | Expert discovery cutoff; |
| July 17, 2007 | Dispositive motions heard by; |
| Aug. 2007 | Settlement conference to be scheduled; |
| Sep. 11, 2007 | Pretrial conference date; |
| Sep. 24, 2007 | Trial (7-10 days). |

Dated: 12/14/2006

Hon. Martin J. Jenkins
Judge of the United States District Court
for the Northern District of California

ORDER
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*          Case no. C06-02029 MJJ