1  RANDALL B. AIMAN-SMITH #124599
   REED W.L. MARCY #191531
2  HALLIE VON ROCK #233152

3  aiman-smith  marcy

4  7677 oakport street suite 1020
   oakland   california   94621
   t:510.562.6800  f:510.562.6830
5

6  Attorneys for plaintiff Khaled Nawaya

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  KHALED NAWAYA                    )  Case No.: C06-02029 MJJ
                                     )
11          Plaintiff,               )
                                     )  **STIPULATION AND REQUEST FOR**
12      vs.                          )  **DISMISSAL**
                                     )
13                                   )
    EMBRY-RIDDLE AERONAUTICAL        )
14  UNIVERSITY, INC.; AND DOES 1-20, )
                                     )
15          Defendant.                )
                                     )
16                                   )
                                     )
17                                   )

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Request for Dismissal and Order of Dismissal
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*          Case no. C06-02029 MJJ

## STIPULATION

The parties hereto, by and through their respective counsel, hereby stipulate as follows:

***Whereas***, the parties have reached a confidential settlement, and all parties have performed their obligations pursuant to said settlement;

The parties hereto have agreed to and do hereby stipulate to dismissal of all claims between them and to immediate dismissal of the captioned action with prejudice.

Dated: August 7, 2007

Randall B. Aiman-Smith
Attorneys for Plaintiff Khaled Nawaya

Dated: August 7, 2007

Bruce Loper
Lombardi, Loper & Conant
Attorneys for defendant
Embry-Riddle Aeronautical University

## ORDER

The parties having stipulated, and good cause appearing therefore,

**IT IS ORDERED:**

That this action shall be and hereby is DISMISSED with prejudice.

Dated: 8/13/207

Honorable Martin J. Jenkins
Judge of the District Court

Stipulation and Request for Dismissal and Order of Dismissal
*Nawaya v. Embry-Riddle Aeronautical University, Inc.*          Case no. C06-02029 MJJ
Page 1